IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TAMARA CARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:14-CV-00158-RL-RBC |
| ) | |
| DUPONT HOSPITAL, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

The Defendant, Dupont Hospital, LLC and Plaintiff, Tamara Carper, by their respective counsel, hereby stipulate to the dismissal, with prejudice, of the Complaint for Damages, costs paid, for the reason that the underlying claims made by Plaintiff, Tamara Carper, have been fully resolved, compromised and settled.

ZEIGLER COHEN & KOCH                              CHRISTOPHER C. MYERS & ASSOCIATES

/s/Roger K. Kanne                                             /s/Christopher C. Myers
Roger K. Kanne #17642-49                             Christopher C. Myers #10043-02
Attorneys for Defendant                                  Attorney for Plaintiff
Dupont Hospital, LLC                                       Tamara Carper

ZEIGLER COHEN & KOCH                              CHRISTOPHER C. MYERS &
9465 Counselors Row, Suite 104                    ASSOCIATES
Indianapolis, Indiana 46240                             809 Calhoun Street, Suite 400
                                                                          Ft. Wayne, IN 46802

1